IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NAVIGATORS INSURANCE COMPANY, as subrogee of Omicell, Inc.; MARKEL AMERICAN INSURANCE COMPANY, as subrogee of Omicell, Inc.; ZURICH AMERICAN INSURANCE COMPANY, as subrogee of Omicell, Inc.; and LIBERTY MUTUAL INSURANCE COMPANY, as subrogee of Omicell, Inc., <br><br>        Plaintiffs, <br><br>  vs. <br><br>R.C. TWAY COMPANY, LLC, d/b/a Kentucky Trailer Manufacturing, <br><br>        Defendant. | 8:22CV286 <br><br> **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

This case is before the Court on the parties' October 20, 2022, Stipulation of Dismissal. Filing 18. The Stipulation is signed by the parties and consents to dismissal of this action without prejudice and with each party to bear its own costs. Under District policy, such a dismissal requires an order of the Court. Accordingly,

IT IS ORDERED that the parties' request for dismissal in their October 20, 2022, Stipulation of Dismissal, Filing 18, is granted and pursuant to that Stipulation this action is dismissed without prejudice and with each party to bear its own costs.

Dated this 21st day of October, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge